IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOHN MCNERNEY,        )
       )
       )
     Plaintiff,      )
       )
v.        )    Civil Action No. 1:25-cv-1533 (PTG/IDD)
       )
UNITED STATES OF AMERICA,        )
       )
       )
     Defendant.      )
       )

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Electronically [Dkt. No. 16] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion, it is hereby

ORDERED that the Motion is **DENIED as moot.** The Eastern District of Virginia has recently launched the Electronic Document Submission System ("EDSS"). EDSS is a service that may be used by pro se parties who would like to electronically submit documents in civil cases for filing by the Clerk's Office as an alternative to mailing or bringing the documents to the courthouse. Plaintiff should review the Court's website for further information and instructions on how to use EDSS.

The Clerk is directed to forward a copy of this Order to Plaintiff, *pro se*, and counsel of record.

ENTERED this 24th day of April 2026.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia